# EXHIBIT D

# ORDER FOR SUPPLIES OR SERVICES

| | | | | |
|---|---|---|---|---|
| 1. CONTRACT/PURCH ORDER/AGREEMENT NO.<br>F33615-02-M-2271 | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL (YYYYMMDD) | 4. REQUISITION/PURCH REQUEST NO.<br>SEE CONTINUATION | 5. PRIORITY<br>DO-A2 |

**6. ISSUED BY** AFRL/PRKB  CODE FA8650
USAF/AFMC
AIR FORCE RESEARCH LABORATORY
2310 EIGHTH STREET, BUILDING 167
WRIGHT-PATTERSON AFB OH 45433-7801
CHAD R. NICHOLS    255-5389
chad.nichols@wpafb.af.mil

**7. ADMINISTERED BY** (If Other than 6)  CODE S4404A
DCMA SAN ANTONIO
615 EAST HOUSTON ST
P O BOX 1040
SAN ANTONIO TX 78294-1040

SCD: C    PAS: (NONE)

**8. DELIVERY FOB**: X DESTINATION / OTHER (See Schedule if other)

**9. CONTRACTOR**  CODE 1FCW7  FACILITY
NAME AND ADDRESS:
LITHIUM POWER TECHNOLOGIES, INC.
20955 MORRIS AVENUE
P.O. BOX 978
MANVEL TX 77578
(281) 489-4889

**10. DELIVER TO FOB POINT BY** (Date) (YYYYMMDD) SEE CONTINUATION

**11. X IF BUSINESS IS**: X SMALL / SMALL DISADVANTAGED / WOMEN-OWNED

**12. DISCOUNT ITEMS**: N

**MAILING DATE   MAY 17 2002**

**13. MAIL INVOICES TO ADDRESS IN BLOCK**
SEE BLOCK 15 (PAYMENT OFFICE)

**14. SHIP TO**  CODE
SEE CONTINUATION

**15. PAYMENT WILL BE MADE BY**  CODE HQ0339
DFAS-CO/WEST ENTITLEMENT OPER
P O BOX 182381
COLUMBUS OH 43218-2381
EFT:T

MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.

**16. TYPE OF ORDER**: DELIVERY/CALL — This delivery order/call is issued on another Government agency or in accordance with and subject to terms and conditions of above numbered contract.
PURCHASE X — Reference your ___ furnish the following on items specified herein.
ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD)

X If this box is marked, supplier must sign Acceptance and return the following number of copies: 1

**17. ACCOUNTING AND APPROPRIATION DATA/LOCAL USE**

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

*If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

**24. UNITED STATES OF AMERICA**
ROGER D. MULLINS
BY: /s/ Roger D. Mullins   16 MAY 2002
CONTRACTING/ORDERING OFFICER

**25. TOTAL**  $69,897.00
**26. DIFFERENCES**

**26. QUANTITY IN COLUMN 20 HAS BEEN**: INSPECTED / RECEIVED / ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED

DATE   SIGNATURE AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

**36. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT.**
DATE   SIGNATURE AND TITLE OF CERTIFYING OFFICER

| 27. SHIP NO. PARTIAL / FINAL | 28. D.O. VOUCHER NO. | 30. INITIALS |
| 32. PAYMENT COMPLETE / PARTIAL / FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |
| | | 34. CHECK NUMBER |
| | | 35. BILL OF LADING |

| 37. RECEIVED AT | 38. RECEIVED BY (Print) | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |

**DD FORM 1155, JAN 1998 (EG)**  ConWrite Version 4.2.7  PREVIOUS EDITION MAY BE USED   Created 15 May 2002  9:08 AM

| ITEM | SUPPLIES OR SERVICES | Qty<br>Purch Unit | Unit Price<br>Total Item Amount |
|---|---|---|---|
| 0001 | *Noun:* RESEARCH AND DATA<br>*NSN:* N - Not Applicable<br>*Descriptive Data:*<br>Conduct Research entitled "High Capacity Thermal Batteries" in accordance with Section I clause AFMC FAR 5352.215-9005, "Incorporation of Contractor's Technical Proposal". Deliver reports as shown in the subCLINs. | | |
| 0001AA | *Noun:* INTERIM REPORT<br>*ACRN:* AA<br>*NSN:* N - Not Applicable<br>*Contract type:* J - FIRM FIXED PRICE<br>*Inspection:* DESTINATION<br>*Acceptance:* DESTINATION<br>*FOB:* DESTINATION<br>*Descriptive Data:*<br>Deliver report(s) in accordance with Section F. | 1<br>EA | $15,000.00<br>$15,000.00 |
| 0001AB | *Noun:* INTERIM REPORT<br>*ACRN:* AA<br>*NSN:* N - Not Applicable<br>*Contract type:* J - FIRM FIXED PRICE<br>*Inspection:* DESTINATION<br>*Acceptance:* DESTINATION<br>*FOB:* DESTINATION<br>*Descriptive Data:*<br>Deliver report in accordance with Section F. | 1<br>EA | $15,000.00<br>$15,000.00 |
| 0001AC | *Noun:* INTERIM REPORT<br>*ACRN:* AA<br>*NSN:* N - Not Applicable<br>*Contract type:* J - FIRM FIXED PRICE<br>*Inspection:* DESTINATION<br>*Acceptance:* DESTINATION<br>*FOB:* DESTINATION<br>*Descriptive Data:*<br>Deliver report in accordance with Section F. | 1<br>LO | $15,000.00<br>$15,000.00 |

CONTINUATION

| ITEM | SUPPLIES OR SERVICES | Qty<br>Purch Unit | Unit Price<br>Total Item Amount |
|---|---|---|---|
| **0001AD** | | 1<br>EA | $24,897.00<br>$24,897.00 |

    *Noun:*             FINAL REPORT
    *ACRN:*           AA
    *NSN:*             N - Not Applicable
    *Contract type:*   J - FIRM FIXED PRICE
    *Inspection:*     DESTINATION
    *Acceptance:*    DESTINATION
    *FOB:*             DESTINATION
    *Descriptive Data:*
Deliver report in accordance with Section F.

| ITEM | SUPPLIES SCHEDULE DATA | QTY | SHIP TO | MARK FOR | TRANS PRI | | DATE |
|---|---|---|---|---|---|---|---|
| **0001AA** | | 1 | U | | | 2 | MARO |
| | *Noun:* | | INTERIM REPORT | | | | |
| | *ACRN:* | | AA | | | | |
| | *Descriptive Data:* | | | | | | |
| | The scheduled delivery date for the interim report is 2 months after mailing date. | | | | | | |
| **0001AB** | | 1 | U | | | 4 | MARO |
| | *Noun:* | | INTERIM REPORT | | | | |
| | *ACRN:* | | AA | | | | |
| | *Descriptive Data:* | | | | | | |
| | The scheduled delivery date for the interim report is 4 months after mailing date. | | | | | | |
| **0001AC** | | 1 | U | | | 6 | MARO |
| | *Noun:* | | INTERIM REPORT | | | | |
| | *ACRN:* | | AA | | | | |
| | *Descriptive Data:* | | | | | | |
| | The scheduled delivery date for the interim report is 6 months after mailing date. | | | | | | |
| **0001AD** | | 1 | U | | | 7 | MARO |
| | *Noun:* | | FINAL REPORT | | | | |
| | *ACRN:* | | AA | | | | |
| | *Descriptive Data:* | | | | | | |
| | The scheduled delivery date for the final report is 7 months after mailing date. | | | | | | |

| ACRN | Appropriation/Lmt Subhead/Supplemental Accounting Data | Obligation Amount |
|---|---|---|
| AA | | $69,897.00 |

```
     97  20400 25FF YL2 47DD 601601 6PP000 00400 65502C 503000 F03000
     Funding breakdown:    On CLIN 0001AA:    $15,000.00
                           On CLIN 0001AB:    $15,000.00
                           On CLIN 0001AC:    $15,000.00
                           On CLIN 0001AD:    $24,897.00
     PR/MIPR:              GWSPR027202131     $69,897.00
     JON: 1660POBY
     Descriptive data:
     Funding breakdown:
               On CLIN 0001AA    $15,000.00
               On CLIN 0001AB    $15,000.00
               On CLIN 0001AC    $15,000.00
               On CLIN 0001AD    $24,897.00
```

SECTION G  F33615-02-M-2271
PAGE 5 OF 13