# EXHIBIT E

**LITHIUM POWER**
TECHNOLOGIES, INC.

www.lithiumpower.com

Tel: 281-469-4899 Fax: 281-469-8844
20965 State Highway 6 - P.O. Box 978
Manvel, Texas 77578-3619 U.S.A.

September 17, 2002

AFRL/PRPB
Attn: David M. Ryan
1950 Fifth Street, Bldg. 18
Wright-Patterson AFB
Ohio, 45433-7251

RE: Interim Report No. 2
High Capacity Thermal Batteries
Contract No. F33615-02-M-2271

Dear David:

Enclosed, please find a copy of the Interim SBIR Phase I report No. 2 entitled "High Capacity Thermal Batteries", including a copy of the DD Form 250.

Please send me back the executed DD Form 250 as soon as you can in the enclosed Fedex envelope so that I can make "invoice copy" and forward it to DFAS for payment.

I enjoyed giving a presentation on our two-three months effort last month to you and Greg Stottlemeyer. I hope you were pleased with our start and enthusiasm. Apparently, the encouragement you provided was contagious and when I came back, I expressed to my fellow colleagues that we need cells that can demonstrate very high rate capabilities. This we did in the last three weeks and have achieved rates as high as 60C without too much trouble. We are continuing our research efforts and also numerous battery builds and by the time the technical program ends, we expect to reach 100 C rate or more.

This is an exciting program and we are very pleased with the work accomplished so far and what we plan to do in the last two months. As always, feel free to call me or e-mail me if you have any questions.

Yours very truly,

M. Zafar A. Munshi, Ph.D.
President

Encl.  Interim Report No.2: DD Form 250

# MATERIAL INSPECTION AND RECEIVING REPORT

Form Approved
OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.
PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.

| 1. PROC. INSTRUMENT IDEN. (CONTRACT) | 2. ORDER NO. | 3. INVOICE NO./DATE | 4. PAGE | OF | 5. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| F33615-02-M-2271 | N/A | 02-09-17 / | 1 | 1 | D |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L N/A TCN N/A | 5. DISCOUNT TERMS |
|---|---|---|---|
| LPT0002 | 02SEP17 | | N |

| 9. PRIME CONTRACTOR CODE 1FCW7 | 10. ADMINISTERED BY CODE S4404A |
|---|---|
| LITHIUM POWER TECHNOLOGIES, INC.<br>20955 MORRIS AVENUE, P.O. BOX 878<br>MANVEL, TEXAS 77578-3819<br>ATTN: Dr. ZAFAR MUNSHI: TEL: (281) 489-4889 | DCMA SAN ANTONIO<br>615 EAST HOUSTON STREET<br>P.O. BOX 1040<br>SAN ANTONIO, TEXAS 78294-1040 |

| 11. SHIPPED FROM (If other than 9) CODE 1FCW7 FOB: D | 12. PAYMENT WILL BE MADE BY CODE HQ0339 |
|---|---|
| SEE BLOCK 9 | DFAS - COLUMBUS CENTER<br>WEST ENTITLEMENT OPERATION<br>P.O. BOX 182381<br>COLUMBUS, OHIO 43218-2381 |

| 13. SHIPPED TO CODE FA8650 | 14. MARKED FOR CODE |
|---|---|
| AFRL/PRPB1950 FIFTH STREET, BLDG. 18<br>WRIGHT-PATTERSON AFB, DAYTON, OHIO 45433-7251<br>ATTN: DR. DAVID M. RYAN: (937) 255-7770 | N/A |

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION | 17. QUANTITY SHIP/RECD* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001 | AB INTERIM REPORT | 1 | LO | $15,000 | $15,000 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE _____ SIGNATURE OF AUTH GOVT REP _____
TYPED NAMED AND OFFICE

B. DESTINATION
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE _____ SIGNATURE OF AUTH GOVT REP _____
TYPED NAME AND OFFICE

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.

DATE RECEIVED _____ SIGNATURE OF AUTH GOVT REP _____
TYPED NAMED AND OFFICE

*If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

"No ocean transportation was used in the performance of this contract"

# ORIGINAL INVOICE

DD Form 250, DEC 91    Previous editions are obsolete    BAR911095

LPT-15:    00246