UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA §
EX REL. ALFRED J. LONGHI, JR., §
§
§
versus § CIVIL ACTION NUMBER:
§ 4:02-cv-4329
LITHIUM POWER TECHNOLOGIES, INC. and §
MOHAMMED ZAFAR A. MUNSHI, §
§

## ABSTRACT OF JUDGMENT

| Date Judgment Entered: | May 3, 2010 |
|---|---|
| Judgment in Favor of: | Alfred J. Longhi, Jr.<br>c/o Kreindler & Associates, 9219 Katy Freeway, Suite 206, Houston, TX 77024; 713.647.8888 |
| Judgment Against: | Lithium Power Technologies, Inc. and Mohammed Zafar A. Munshi |
| Amount of Judgment: | $341,430.94, plus post-judgment interest |
| Amount of Costs: | $0.00 |
| Rate of Interest: | |
| Amount of Credits Since Judgment: | $0.00 |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in this United States District Court, for the Southern District of Texas, in the above-captioned case.

DAVID J. BRADLEY
CLERK OF COURT

DATED: MAY 2 6 2010          By: _____
                                 Deputy Clerk